UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Donald E. Doneff, Jr.,

    Plaintiff,

v.                                  Case No. 2:14–cv–313

Commissioner of Social Security,        Judge Michael H. Watson

    Defendant.

## ORDER

On September 29, 2015, Plaintiff moved unopposed for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $3,149.52. ECF No. 17. Upon referral pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order No. 14-01, Magistrate Judge Deavers recommends the Court grant Plaintiff's motion. Report and Recommendation 4, ECF No. 18.

Magistrate Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 5. Magistrate Judge Deavers specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Court **ADOPTS** the Report and Recommendation, ECF No. 18, **GRANTS** Plaintiff's motion for attorney fees, ECF No. 17, and **AWARDS** Plaintiff attorney fees in the amount of $3,149.52.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT